### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **KIM G.  IEYOUB** | § | **CIVIL ACTION NO. 2:19-cv-00675** |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | **JUDGE JAMES D. CAIN, JR.** |
| **LOUISIANA HEALTH SERVICE &** | § | |
| **INDEMNITY COMPANY d/b/a** | § | |
| **BLUE CROSS AND BLUE SHIELD** | § | |
| **OF LOUISIANA** | § | **MAG. JUDGE KATHLEEN KAY** |
| *Defendant* | § | |

### PLAINTIFF'S NOTICE OF SETTLEMENT OF ALL CLAIMS

**NOW COMES** Plaintiff, **KIM G. IEYOUB**, through undersigned counsel, who respectfully submits this Notice of Settlement of all Claims in accordance with Local Rule 16.4, and hereby notifies the Court as follows:

1.      Plaintiff, **KIM G. IEYOUB** and Defendant, **LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY, d/b/a BLUE CROSS AND BLUE SHIELD OF LOUISIANA** have reached a settlement in this matter.

2.      The parties are in the process of executing the settlement agreement and will be filing a Notice of Dismissal with Court upon completion.

3.      Accordingly, Plaintiff requests that the Court vacate all deadlines as set forth in the October 21, 2019 Electronic Order.

4.      Undersigned counsel certifies that he has conferred with counsel for Defendant and there is no object to the filing of this Notice or request to vacate the deadlines in this matter.

Dated: November 6, 2019

Respectfully Submitted,

**SUDDUTH & ASSOCIATES, LLC**
Attorneys-at-Law
1109 Pithon St.
Lake Charles, LA 70601
Tel: (337) 480-0101
Fax: (337) 419-0507
Email: james@saa.legal
Email: kourtney@saa.legal


BY:___/s/ James E. Sudduth, III_____
      **JAMES E. SUDDUTH, III** (#35340)
      **KOURTNEY L. KECH** (#37745)
      *Counsel for Plaintiff, Kim G. Ieyoub*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on the following

known counsel of record in this matter electronically by filing same through this Court's CM/ECF

system:

**Richard A. Sherburne, Jr.**
**Allison N. Pham**
**Jessica W. Chapman**
5525 Reitz Avenue (70809)
Post Office Box 98029
Baton Rouge, Louisiana 70898-9029
Email: Richard.Sherburne@bcbsla.com
Email: Allison.Pham@bcbsla.com
Email: Jessica.Chapman@bcbsla.com

*Attorneys for Defendant Louisiana Health*
*Service & Indemnity Company, d/b/a Blue*
*Cross and Blue Shield of Louisiana*


Lake Charles, Louisiana, this 6th day of November 2019.


      ____/s/ James E. Sudduth, III____
      **JAMES E. SUDDUTH, III**